IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA

    vs.        Case Number: 1:04-cr-00085(2)

MICHAEL ALLEN GRESHAM

CRIMINAL MINUTES: SENTENCING

Defendant appeared with counsel and was sentenced as follows:

Jail term of 92 Months

Recommendations:
The Court recommends to the BOP that deft participate in the 500 Hour Intensive Drug Treatment Program

5 Years Supervised Release

Conditions:

1. Deft must undergo a chemical dependency assessment and comply with any recommended treatment

Assessment: $100    Fine: $2,000    Restitution: N/A

    Interest shall not accrue on any unpaid fine balance

Defendant remanded to custody of the USMS

| | |
|---|---|
| Judge: | S. Arthur Spiegel |
| Courtroom Deputy: | Kevin Moser |
| Court Reporter: | Mary Ann Ranz, Official |
| Date: | September 28, 2005 |